# United States District Court

United States District Court
Southern District of Texas
FILED

SEP - 8 2017

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Estevan VALLADARES-Uresti

AKA:
IAE    YOB: 1962
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-17-01602-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 6, 2017** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)* Mission Texas

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near/within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On September 6, 2017, Estevan VALLADARES-Uresti a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Mission, Texas. Record checks revealed the defendant was formally removed from the United States to Mexico on July 12, 2006 via the Hidalgo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about July 5, 2011 by wading the Rio Grande River at or near Hidalgo, Texas. On July 10, 2006, the defendant was convicted of indecency with a child-by contact and sentenced to ten (10) years deferred adjudication.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA T. Trevino 09/07/17

Signature of Complainant

**Cristian Enriquez**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 8, 2017**    8:59 a    at **McAllen, Texas**
Date                                    City and State

**Peter E. Ormsby**    U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer